DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUGENE BULLINS, JR.,**
Appellant,

v.

**CHRISTINA BULLINS,**
Appellee.

No. 4D20-2622

[May 13, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. FMCE-20-7007.

Imabel Ocasio-Yrady, Miami, for appellant.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***